[No. 10,167.]

## THE PEOPLE *v.* THOMAS MORA AND HENRY CASTELLO.

SETTING ASIDE A JUDGMENT.—When a cause is submitted, without argument and no brief is on file for the appellant and the judgment is affirmed, and it afterwards appears that there was a stipulation of respondent's counsel extending the time for filing a brief which had not been filed, the court will set aside the judgment and restore the case to the calendar if the case is an important one. Counsel are, however, guilty of an irregularity in not placing the stipulation on file.

APPEAL from the Municipal Criminal Court of San Francisco.

The defendants were convicted of the crime of forgery and appealed.

The other facts are stated in the opinion.

*Darwin & Murphy,* for the Appellants.

*Attorney-General Love,* for the People.

By the Court:

This case, having been previously submitted without argument, was decided on the 7th day of October last, no briefs being found on file for the prisoners. It now appears, however, that by reason of an existing stipulation of the Attorney-General, extending the time, the prisoners' counsel was not actually in default when the cause was decided. Counsel is guilty of an irregularity in withholding such a stipulation from the file, thereby unnecessarily increasing our labors, as well as delaying the ultimate determination of the cause. Under the circumstances, however, and owing to the importance of the case to the prisoners, we will set aside the judgment and restore the cause to the calendar for argument at the January term.

So ordered.